IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| ANNETTE JORDAN, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 7:16-cv-00072-LSC |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) ) ) | |
| Defendant. | ) ) | |

## Order

Plaintiff Annette Jordan has represented to the Court that a settlement has been reached in this matter. (Doc. 12.) Accordingly, this action is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** AND **ORDERED** ON MARCH 23, 2016.



L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

182184